UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DONALD F. BLIZZARD, SR.,
    Plaintiff,

v.                                              C.A. No. 05-40005-DPW

DAVID L. WINN, WARDEN
    Defendant.

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    On January 13, 2005 this Court issued a Memorandum and Order (#2) requiring the Plaintiff file a complaint accompanied by either the $150.00 filing fee or a fee waiver application within forty-two (42) days from the date of the Memorandum and Order, or this action will be dismissed. To date, no response to the Memorandum and Order has been received from the Plaintiff.

    Accordingly, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

BY THE COURT,

/s/Michelle Rynne
Dated: March 15, 2005    Deputy Clerk